

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 5, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Niaz Khan, et al.*, 21 Cr. 313 (JPO)

Dear Judge Oetken:

      The Government respectfully submits this letter on behalf of the parties to jointly request a 30-day adjournment of the status conference presently scheduled for September 10, 2021, at 11:00 a.m. In addition, the Government respectfully requests, with the consent of all defendants, that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from September 10, 2021, until the date for which the conference is rescheduled, to permit the defendants additional time to review discovery and discuss potential pretrial dispositions with the Government.

> Granted. The September 10, 2021 pretrial conference is adjourned to October 25, 2021 at 12:30 pm. The Court hereby excludes time through October 25, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: September 9, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Robert B. Sobelman*
     Rebecca T. Dell
     Robert B. Sobelman
     Assistant United States Attorneys

J. PAUL OETKEN
United States District Judge