

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Niaz Khan, et al.*, 21 Cr. 313 (JPO)

Dear Judge Oetken:

    The Government respectfully submits this letter on behalf of the parties to jointly request a 45-day adjournment of the status conference presently scheduled for October 25, 2021, at 12:30 p.m. In addition, the Government respectfully requests, with the consent of all defendants, that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 25, 2021, until the date for which the conference is rescheduled, to permit the defendants additional time to review discovery and discuss potential pretrial dispositions with the Government.

> Granted. October 25, 2021 pretrial conference is adjourned to December 10, 2021, at 2:30 pm. The Court hereby excludes time through December 10, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
>   So ordered: October 20, 2021

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Robert B. Sobelman*
    Rebecca T. Dell
    Robert B. Sobelman
    Assistant United States Attorneys

_____
J. PAUL OETKEN
United States District Judge