

**MOSES & SINGER LLP**

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Barry Zone
Partner
Direct: (212) 554-7864
Fax: (917) 206-4364

December 7, 2021

**SENT VIA ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Niaz Khan, et al.
      21 Cr. 313 (JPO)

Dear Judge Oetken:

I write on behalf of the parties, jointly requesting that the status conference presently scheduled for Friday, December 10th, 2021 be adjourned 30-days, to a date and time convenient to the Court.

We make this request because the defendants require additional time to review discovery and discuss pretrial dispositions with the government.

Accordingly, all defendants consent to the exclusion of time pursuant to the Speedy Trial Act, from December 10th 2021, through the date to which the conference is adjourned.

The Court's consideration is greatly appreciated.

> Granted.
> The December 10, 2021 pretrial conference is adjourned to January 18, 2022 at 2:30 pm. The Court hereby excludes time through January 18, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>   So ordered:  December 8, 2021

Respectfully,

*/s/ Barry Zone*

Barry Zone
Attorney for Patrick Patterson

_____
J. PAUL OETKEN
United States District Judge

Niaz Khan
Joel Sanabria
re Gomes