

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Niaz Khan, et al.*, 21 Cr. 313 (JPO)

Dear Judge Oetken:

      The Government respectfully submits this letter to request, without objection from defendants Niaz Khan, Noel Sanabria, Andre Gomes, and Patrick Patterson, that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from March 9, 2022, until April 12, 2022, to permit the defendants to continue to review the discovery materials produced by the Government and to allow for time for the parties to discuss potential pretrial resolutions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  /s/ Robert B. Sobelman
      Rebecca T. Dell
      Robert B. Sobelman
      Assistant United States Attorneys

---

Granted. The Court hereby excludes time through the date of the next conference, April 12, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
So ordered: March 11, 2022

_____
J. PAUL OETKEN
United States District Judge