

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2022

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Niaz Khan, et al.*, 21 Cr. 313 (JPO)

Dear Judge Oetken:

A status conference for defendants Niaz Khan, Noel Sanabria, Andre Gomes, and Patrick Patterson is currently scheduled for April 12, 2022 at 11:00 AM. The Government and defense counsel for Niaz Khan request that the conference be converted to a change of plea hearing for Niaz Khan.

In addition, the Government respectfully requests on behalf of defendants Noel Sanabria, Andre Gomes, and Patrick Patterson that the status conference for those defendants be adjourned approximately 30 days. The Government respectfully requests, with the consent of the defendants Noel Sanabria, Andre Gomes, and Patrick Patterson, that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 12, 2022, until the date for which the conference is rescheduled, to permit the Government to continue to discuss potential pretrial resolutions.

> Granted. A change of plea hearing as to defendant Niaz Khan is scheduled for April 12, 2022, at 11:00 am. The April 12, 2022 pretrial conference as to defendants Sanabria, Gomez and Patterson is adjourned to May 23, 2022, at 11:30am. The Court hereby excludes time through May 23, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
> So ordered:  April 6, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Rebecca T. Dell
    Rebecca T. Dell
    Robert B. Sobelman
    Assistant United States Attorneys

_____
J. PAUL OETKEN
United States District Judge