**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2023

<u>Via ECF</u>

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Niaz Khan</u>
       <u>21 Cr. 313 (JPO)</u>

Dear Judge Oetken,

    We write with the consent of the Government to respectfully request an approximately 30-day adjournment of the April 12, 2023 sentencing in the above-captioned matter. Mr. Khan remains under strict home incarceration and has been fully compliant with the conditions of his bond since his release from pretrial detention. In addition to attending his required medical appointments to treat the severe injuries he suffered while incarcerated, Mr. Khan has remained productive, including by enrolling—with the support and approval of Pretrial Services—in both alcohol and mental health treatment, and he has been accepted into a remote vocational training program.

    So that Mr. Khan may continue with his treatment and rehabilitation, and to provide the defense additional time to finalize its sentencing submission with Mr. Khan's assistance, we respectfully request an approximately 30-day adjournment of the scheduled sentencing hearing and all associated filing deadlines.

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Neil Kelly

Neil P. Kelly
Assistant Federal Defender
212-417-8744

cc:   AUSAs Robert Sobelman, Rebecca Dell