**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 13, 2023

<u>Via ECF</u>

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. Niaz Khan</u>
      21 Cr. 313 (JPO)

Dear Judge Oetken,

    We write to respectfully request that the Court order the Pretrial Services Office to release Mr. Khan's United States passport. Mr. Khan's passport was surrendered to Pretrial Services during the pendency of this case. On July 12, 2023, the Court imposed a sentence of time served plus additional home detention in this matter. Pretrial Services has informed our office that we must request the return of Mr. Khan's passport within 90 days of sentencing and that it can only release Mr. Khan's passport pursuant to a Court order.

    As such, we respectfully request that the Court order the return of Mr. Khan's passport to Mr. Khan or a representative of the Federal Defenders of New York.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record

> Pretrial Services is hereby directed to release custody of Mr. Khan's passport and return it to him or his designated representative at the Federal Defenders of New York.

**SO ORDERED:**

Dated: 7/18/2023

_____
J. PAUL OETKEN
United States District Judge