UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      -v-

NIAZ KHAN,
                     Defendant.

21-CR-313-1 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant Niaz Khan has moved for early termination of his three-year term of supervised release.  The Government opposes the motion.  (*See* ECF Nos. 278, 280, 281.)

A court may "terminate a term of supervised release and discharge the defendant . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 USC § 3583(e)(1).  In making this determination, a court must consider the factors set forth in 18 U.S.C. § 3553(a) to the extent they are applicable.  *Id.* § 3583(e).

Having carefully considered the record, the parties' submissions, the pertinent Section 3553(a) factors, and the Sentencing Commission's newly promulgated policy statement at U.S.S.G. § 5D1.4, the Court concludes that early termination of supervised release is warranted by Mr. Khan's conduct and is in the interest of justice.  He has completed over two years of his term of supervised release.  He has an impressive record while on supervision, not only fully complying with the terms of supervision but also successfully completing treatment programs, earning his college degree, maintaining employment, and sustaining positive relationships.

In light of Mr. Khan's conduct and record on supervised release, the Court concludes that his being subject to the terms and conditions of supervised release for an additional period is not necessary to serve the pertinent purposes set forth in Section 3553(a), including the need to

1

afford adequate deterrence and to protect the public.  The Court further finds, based on an "individualized assessment of the need for ongoing supervision," U.S.S.G. § 5D1.4, that all of the considerations reflected in that policy statement support the Court's finding that early termination is in the interests of justice in Mr. Khan's case.

Accordingly, Mr. Khan's motion for early termination of supervised release is GRANTED and he is hereby discharged from supervised release.

The Clerk of Court is directed to terminate the motion at ECF Nos. 278.

SO ORDERED.

Dated: March 10, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge